IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|       Appellee, | ) |
| v. | )    No. 24-4117 |
| JOSEPH CARROLL BUSH, III, | ) |
|       Defendant-Appellant. | ) |

**Government's Unopposed Motion to Suspend the Briefing Order**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on April 18, 2025. Because the only issues raised on appeal are foreclosed by binding Circuit precedent, and further briefing would not assist the Court in the resolution of this appeal, the government has filed a motion for summary affirmance. *See* Loc. R. 27(f)(1). The government respectfully moves to suspend the briefing order pending the Court's ruling on the government's motion for summary affirmance. *See* Loc. R. 27(f)(3). The government has consulted with defense counsel, who does not oppose this request.

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Eric Gilliland
Special Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 E. Main Street, Suite 1900
Richmond, Virginia, 23219
(804) 819-5416
Eric.Gilliland@usdoj.gov

2