FILED: March 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4117
(3:22-cr-00163-RCY-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSEPH CARROLL BUSH, III

    Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to suspend briefing pending further order of the court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk